We would not be understood as intimating the special act, in the matter considered, was unconstitutional or failed of the purposes intended. Very many, if not uniformly so, of the acts of the legislature, establishing special and limited Courts, City Courts, having jurisdiction of legal and equitable rights, have adopted the rules of practice, and procedure of the Circuit and Chancery Courts, as provided by law, by a general reference and declaration to that effect without setting them out in full.

For the error in putting the defendant to his trial, without a plea or issue before the jury, the case must be reversed.

Reversed and remanded.

# Newsom *v.* The State.

*Indictment for Carrying Concealed Pistol.*

This case presents the identical points for decision which appear in the case of *Childs v. State, ante,* 49.

APPEAL from Geneva County Court.
Tried before Hon. E. J. BORLAND.
COLEMAN, J.—On the authority of the case of *Childs v. State, ante, 49,* this case is reversed and remanded.

# Roden *et al. v.* The State.

*Indictment for Assault with Intent to Murder.*

1. *Charges assuming a fact improper.*—A charge assuming a fact or a state of facts as true is properly refused.

2. *Duty to retreat.*—It is the duty of one engaged in a difficulty, before he is justified in attempting to take the life of his adversary, to retreat, unless by so doing he would increase his peril or place himself at a greater disadvantage.

3. *Self-defense.*—To justify the attempt to take life, the circumstances must have been such as to impress the mind of a reasonably prudent person with the belief that he was in imminent peril of his life or of great bodily harm.

Vol. 97.